# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: GUZMAN, VICENTE § <br> MUNOZ, MONICA RAMOS § <br> § <br> Debtor(s) § | Case No. 09-01642 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/09/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/21/2010          By:  /s/BRADLEY J. WALLER
                                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GUZMAN, VICENTE § Case No. 09-01642
MUNOZ, MONICA RAMOS §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,803.34 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 12,803.34 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 2,030.33 | $ 150.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,735.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 13,681.21 | $ 7,364.20 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 4,735.26 | $ 2,548.85 |
| 4 | Recovery Management Systems Corporation - JCPenney | $ 1,318.96 | $ 709.96 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                            *Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                            *Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: sdaniel              Page 1 of 1             Date Rcvd: Jan 22, 2009
Case: 09-01642                  Form ID: b9a               Total Served: 21

The following entities were served by first class mail on Jan 24, 2009.
db           +Vicente Guzman,   196 Burnett St.,   Yorkville, IL 60560-6050
jdb          +Monica A. Ramos Munoz,   196 Burnett St.,   Yorkville, IL 60560-6050
aty          +William L. Guild,   Guild Law Offices,   1 N141 County Farm Road,   Winfield, IL 60190-2032
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13062762     +ASC,   PO Box 10388,   Des Moines, IA 50306-0388
13062763      Bank Of America,   Credit Card,   PO Box 15726,   Wilmington, DE 19886-5726
13062764      Bank Of America,   PO Box 15726,   Wilmington, DE 19886-5726
13062768     +Chase,   Home Equity Loan,   PO Box 9001020,   Louisville, KY 40290-1020
13062771     +Florida Default Law Group,   9119 Corporate Lake Drive,   Tampa, FL 33634-2362
13062759     +Guzman Vicente,   196 Burnett St,   Yorkville, IL 60560-6050
13062761     +Mark J Stauber,   1N141 County Farm Rd Ste 230,   Winfield, IL 60190-2023
13062760     +Ramos Munoz Monica A,   196 Burnett St,   Yorkville, IL 60560-6050
13062775     +Rush-Copley Medical Center,   2000 Ogden Avenue,   Aurora, IL 60504-7222

The following entities were served by electronic transmission on Jan 22, 2009.
13062764      EDI: BANKAMER2.COM Jan 22 2009 18:48:00      Bank Of America,   PO Box 15726,
               Wilmington, DE 19886-5726
13062763      EDI: BANKAMER2.COM Jan 22 2009 18:48:00      Bank Of America,   Credit Card,   PO Box 15726,
               Wilmington, DE 19886-5726
13062766     +EDI: CHASE.COM Jan 22 2009 18:53:00      Chase,   Chase Mortgage,   P.O. Box 9001871,
               Louisville, KY 40290-1871
13062765     +EDI: CHASE.COM Jan 22 2009 18:53:00      Chase,   Chase Mortgage,   P.O. Box 78420,
               Phoenix, AZ 85062-8420
13062770     +EDI: CHASE.COM Jan 22 2009 18:53:00      Chase,   Cardmember Service,   P.O. Box 15153,
               Wilmington, DE 19886-5153
13062767     +EDI: CHASE.COM Jan 22 2009 18:53:00      Chase,   Master Card,   P.O. Box 15153,
               Wilmington, DE 19886-5153
13062772     +EDI: RMSC.COM Jan 22 2009 18:48:00      JCPenny,   PO Box 960090,   Orlando, FL 32896-0090
13062773     +EDI: TSYS2.COM Jan 22 2009 18:53:00      Lane Bryant,   Po Box 856132,   Louisville, KY 40285-6132
13062774     +EDI: TSYS2.COM Jan 22 2009 18:48:00      Macys,   PO Box 6938,   The Lakes, NV 88901-6938
13062776     +EDI: PROVID.COM Jan 22 2009 18:48:00      Washington Mutual,   P.O. Box 660487,
               Dallas, TX 75266-0487
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13062769*    +Chase,   Home Equity Loan,   P.O. Box 9001020,   Louisville, KY 40290-1020
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2009                    Signature: *Joseph Speetjens*


# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon              Page 1 of 1                   Date Rcvd: Jun 16, 2010
Case: 09-01642                 Form ID: pdf006            Total Noticed: 23

The following entities were noticed by first class mail on Jun 18, 2010.
db/jdb        +Vicente Guzman,   Monica A. Ramos Munoz,    196 Burnett St.,    Yorkville, IL 60560-6050
aty           +William L. Guild,    Guild Law Offices,    1 N141 County Farm Road,    Winfield, IL 60190-2032
tr            +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                Sycamore, IL 60178-3140
13062762      +ASC,   PO Box 10388,    Des Moines, IA 50306-0388
13062763       Bank Of America,   Credit Card,    PO Box 15726,    Wilmington, DE 19886-5726
13062764       Bank Of America,   PO Box 15726,    Wilmington, DE 19886-5726
13062776     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court:   Washington Mutual,    P.O. Box 660487,    Dallas, TX  75266)
13062767      +Chase,   Master Card,    P.O. Box 15153,   Wilmington, DE 19886-5153
13062770      +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13062768      +Chase,   Home Equity Loan,    PO Box 9001020,   Louisville, KY 40290-1020
13062766      +Chase,   Chase Mortgage,    P.O. Box 9001871,   Louisville, KY 40290-1871
13062765      +Chase,   Chase Mortgage,    P.O. Box 78420,   Phoenix, AZ 85062-8420
13753983      +Chase Home Finance,    Attn Mike Messerly,    8333 Ridgepoint Drive Floor 01,
                Irving, TX 75063-5812
13062771      +Florida Default Law Group,    9119 Corporate Lake Drive,    Tampa, FL 33634-2362
13062759      +Guzman Vicente,    196 Burnett St,    Yorkville, IL 60560-6050
13062773      +Lane Bryant,    Po Box 856132,   Louisville, KY 40285-6132
13062774      +Macys,   PO Box 6938,    The Lakes, NV 88901-6938
13062761      +Mark J Stauber,    1N141 County Farm Rd Ste 230,    Winfield, IL 60190-2023
13062760      +Ramos Munoz Monica A,    196 Burnett St,    Yorkville, IL 60560-6050
13062775      +Rush-Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-7222
The following entities were noticed by electronic transmission on Jun 16, 2010.
13865417       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2010 02:14:34
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13062772      +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2010 02:19:59     JCPenny,   PO Box 960090,
                Orlando, FL 32896-0090
13909422      +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2010 02:20:01
                Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                Sycamore, IL 60178-3140
13062769*     +Chase,   Home Equity Loan,    P.O. Box 9001020,    Louisville, KY 40290-1020
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                    **Signature:**    _Joseph Speetjens_